UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

STIVEN ANTONIO AGURIANO MENCIAS,

Petitioner,

v.

HOMELAND SECURITY and MARKWAYNE MULLIN, Secretary of the Department of Homeland Security,

Respondents.

Case No.: 3:26-cv-6243-CAB-JAC

**ORDER DISMISSING HABEAS PETITION WITH LEAVE TO AMEND**

Petitioner Stiven Antonio Aguriano Mencias, an immigration detainee proceeding pro se,[1] has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] The Court **DISMISSES** the Petition **WITH LEAVE TO AMEND** because it fails to name the warden of the facility where Petitioner is detained as a respondent.

[1] Petitioner may be interested in contacting Federal Defenders of San Diego to see if a Federal Defender can represent Petitioner in this matter. The telephone number for Federal Defenders' San Diego Office is 619-234-8467 (Toll Free: 888-614-9867) and the El Centro Office is 760-335-3510 (Toll Free: 877-404-9063).

Habeas petitioners "challenging their present physical confinement [must] name their immediate custodian, the warden of the facility where they are detained, as the respondent to their petition." *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024). The Court cannot exercise jurisdiction unless an amended petition is filed that names the warden of the detention facility where Petitioner is detained as a respondent. Petitioner may file his amended petition in this case by **December 2, 2026**. If no amended petition is filed, the case will be closed.

The Clerk of the Court shall provide a copy of this District's latest petition for a writ of habeas corpus in an immigration case.

It is **SO ORDERED**.

Dated: November 4, 2026

Hon. Cathy Ann Bencivengo
United States District Judge